HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANZ J. MAISH,

    Plaintiff,

  v.

JANET NAPOLITANO, in her capacity as Secretary of the Department of Homeland Security,

    Defendant.

CASE NO. C12-581RAJ

ORDER

    The court has reviewed the parties' stipulated motion to extend the discovery deadline for limited purposes and to continue the trial date and related deadlines by approximately 60 days.  The court finds good cause to extend the discovery deadline until June 8, 2013, solely for the purpose of conducting the discovery identified in the stipulation.  The court also finds good cause to continue the trial date until October 7, 2013 and to continue related deadlines accordingly.  The court therefore GRANTS the stipulated motion (Dkt. # 16), and directs the clerk to issue an amended case management order setting new deadlines in accordance with this order.

    DATED this 2nd day of April, 2013.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1